In the Matter of the Claim of EVERETT PEACOCK, Respondent, against RIP VAN DAM GARAGE (ABE KOBEL), Respondent, and MERCHANTS MUTUAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the insurance carrier from an award. On August 11, 1935, Everett Peacock, claimant herein, sustained accidental injuries for which award was made. He was driving a taxi registered in his employer's name. The employer's first report of injury stated he was injured in his regular occupation. The only questions presented are policy coverage and wage rate. The evidence is sufficient to support the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of FRANK PRISCO, Respondent, against PASQUALE GUILIANO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by an employer and insurance carrier from an award of compensation in claimant's favor. The only questions presented are whether the claimant was an employee or an independent contractor, and coverage. The State Industrial Board found that claimant was an employee and not an independent contractor and that the policy of insurance issued by the insurance carrier covered the claimant in his employment at the time he sustained his injuries. The evidence supports these findings. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.